**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**<u>ORDER REFERRING CERTAIN MATTERS TO MAGISTRATE JUDGE</u>**

Pursuant to Federal Rule of Civil Procedure 72, 28 U.S.C. § 636, and this District's Magistrate Judge Rules, we hereby **REFER** the cases listed on Exhibit A to United States Magistrate Judge Eduardo Sanchez for rulings on all pre-trial non-dispositive and discovery matters.[1]

**The parties shall not file any written discovery motions, including motions to compel, for protective order, or for sanctions, without the consent of the Magistrate Judge.** Counsel must actually confer and engage in reasonable compromise in a genuine effort to resolve their discovery disputes before seeking the Court's intervention. The Court may impose sanctions, monetary or otherwise, if it determines that a party has improperly sought or withheld discoverable material in bad faith. If, after conferring, the parties are unable to resolve their discovery dispute without Court intervention, they shall **not** file written motions. Rather, the "moving party" shall follow Magistrate Judge Sanchez's standard discovery procedures, which can be found through the following link: [Discovery Procedures for Judge Sanchez.pdf (uscourts.gov)](). Should the parties have any questions regarding the resolution of discovery issues, counsel should contact the chambers of Magistrate Judge Sanchez at (305) 523-5890.

---

[1] These cases had previously been assigned to Magistrate Judge Jacqueline Becerra who has since been appointed a district court judge.

2

**DONE AND ORDERED** in the Southern District of Florida on March 4, 2024.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

**EXHIBIT A**

|    | Case Number | Case Name |
|----|-------------|-----------|
| 1  | 23-cv-24322 | Jarquin v. Billie, Jr., et al. |
| 2  | 24-cv-20130 | Flores v. Motoro Cars, Inc., et al. |
| 3  | 24-cv-20731 | Castro v. Victoria's Secret Direct Brand Mgmt., LLC |
| 4  | 24-cv-20810 | Hodges v. Royal Caribbean Group |
| 5  | 24-cv-20122 | Allyn v. Celebrity Cruises, Inc. |
| 6  | 23-cv-24272 | Coral Terrace COA of Miami, Inc. v. Century Surety Co. |
| 7  | 24-cv-20082 | Iacoli v. MSC Cruises, S.A. |
| 8  | 24-cv-20553 | United States Surety Co. v. Chavez South Fla. Interiors, Inc., et al. |
| 9  | 23-cv-24851 | Hennings v. Carnival Corp. |
| 10 | 23-cv-23810 | Herrera v. Encoparts, LLC |
| 11 | 23-cv-24882 | Revenue Based Finance Coalition v. Cons. Financial Prot. Bureau |
| 12 | 24-cv-20193 | A.D. v. Oceania Cruises S. de R.L. |
| 13 | 24-cv-20583 | Felix v. Rodriguez, et al. |
| 14 | 23-cv-24142 | Fernandez, et al. v. Menocal, et al. |
| 15 | 24-cv-20631 | Transpark, LLC v. FTP Investment Corp. |
| 16 | 24-cv-20202 | Polly v. DFS Services, LLC, et al. |
| 17 | 24-cv-20302 | Myeress v. Paramount MWC, LLC, et al. |
| 18 | 23-cv-23662 | Gore v. Carnival Corp. |
| 19 | 24-cv-20231 | Gonzalez v. Mondongo's Inc., et al. |
| 20 | 23-cv-22933 | World Media Alliance Label, Inc. v. Ello Entertainment Grp., LLC |
| 21 | 24-cv-20333 | Orth, et al. v. Carnival Cruise Line, LTD |
| 22 | 23-cv-24821 | Hudson v. Marriott Claims Services/Marriott Int'l |
| 23 | 24-cv-20533 | Nguyen v. Carnival Corp. |
| 24 | 24-cv-20603 | Alvear v. Breitling U.S.A., Inc. |
| 25 | 23-cv-24320 | Valencia Veira v. Sams Club, et al. |
| 26 | 23-cv-24433 | Quider v. Royal Caribbean Group |
| 27 | 24-cv-20361 | Kaminskaia v. USCIS, et al. |
| 28 | 24-cv-20622 | Thompson v. Carnival Corp. |
| 29 | 24-cv-20672 | Lil' Joe Records, Inc. v. Griffin |
| 30 | 24-cv-20732 | Green v. Carnival Corp. |
| 31 | 23-cv-24641 | Frye v. Carnival Corp. |
| 32 | 23-cv-24161 | Gonin v. Carnival Corp. |
| 33 | 23-cv-22113 | Harrell v. 22nd Ave. Apartments, LLC, et al. |
| 34 | 23-cv-24283 | Jackson v. Sanofi-Aventis U.S., LLC, et al. |
| 35 | 23-cv-23520 | Capitol Specialty Ins. Corp. v. Gables on the Green II, LLC, et al. |
| 36 | 23-cv-23601 | Zuma Press, Inc. v. Alivia, LLC |
| 37 | 24-cv-20592 | Anglin v. ChildNet, et al. |