UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-20193-ALTMAN/Sanchez

**A.D.**,

    *Plaintiff*,

v.

**OCEANIA CRUISES S. DE R.L.**,

    *Defendant.*

_____/

## ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 4(m) requires the Plaintiff to serve the summons and complaint on each defendant within 90 days after the filing of the complaint. *See* FED. R. CIV. P. 4(m). The Plaintiff filed this action on January 17, 2024, giving it until April 16, 2024, to perfect service. *See* Complaint [ECF No. 1]. As of this writing, however, the Plaintiff hasn't filed proof of service on the Defendant. *See generally* Docket. Accordingly, we hereby **ORDER** the Plaintiff to serve the Defendant and to file proof of service on the docket by **April 16, 2024**. Failure to serve by that date will result in dismissal without further notice.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record